Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JOSEPH MARTIN, JR., <br><br> Defendant. | No. CR16-174RAJ <br><br> MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge:

The court has considered the parties' stipulated motion to extend the deadline for filing pretrial motions, and finding good cause, GRANTS the stipulated motion (Dkt. #15). All pretrial motions, including motions in limine, shall be filed no later than July 21, 2016.

DATED this 7th day of July, 2016.

WILLIAM M. McCOOL,
Clerk of the Court

 /s/ Victoria Ericksen
Deputy Clerk to Hon. Richard A. Jones